**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Iron Workers' Mid–America Pension Plan, et al.
                                        Plaintiff,

v.                                                   Case No.: 1:25–cv–11193
                                                       Honorable John J. Tharp Jr.

DuPage Overhead Garage Doors, Inc.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 17, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr: The parties are directed to review the procedures for initial status reports, located at [https://www.ilnd.uscourts.gov/judge_display.php?L astName=Tharp+Jr.], and to submit an initial status report by 10/30/2025. The report must include all information in the relevant template, including a proposed case management schedule reflecting any disputes between the parties as to the proposed schedule. Status reports missing required information will be stricken. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.