UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Iron Workers' Mid–America Pension Plan, et al.
                                          Plaintiff,

v.                                                  Case No.: 1:25−cv−11193
                                                          Honorable John J. Tharp Jr.

DuPage Overhead Garage Doors, Inc.
                                          Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Daniel P. McLaughlin for the purpose of holding proceedings related to: discovery scheduling and supervision as well as any settlement conference the parties may jointly seek. All protective orders and confidentiality orders. (air, )Mailed notice.

Dated: October 31, 2025

                                                                          /s/ John J. Tharp Jr.
                                                                     United States District Judge