## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Iron Workers' Mid−America Pension Plan, et al.
                                                  Plaintiff,

v.                                                                      Case No.: 1:25−cv−11193
                                                                     Honorable John J. Tharp Jr.

DuPage Overhead Garage Doors, Inc.
                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 31, 2025:

      MINUTE entry before the Honorable Daniel P. McLaughlin: This case has been referred to Judge McLaughlin for discovery supervision and a settlement conference. The parties are to file a joint status report by 12/16/25 detailing their discovery progress and the prospects of settlement. If the parties decide they would like to participate in a settlement conference, they may notify the Court at any time prior to the status date. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.