IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 25 C 11193 |
| DUPAGE OVERHEAD GARAGE DOORS, INC., an Illinois corporation, | ) ) ) | MAGISTRATE JUDGE DANIEL P. McLAUGHLIN |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

NOW COME the Plaintiffs, IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, and Defendant, DUPAGE OVERHEAD GARAGE DOORS, INC., an Illinois corporation, by and through their attorneys, for their Joint Status Report, pursuant to this Court Order of October 31, 2025 [Dkt.14] state the following:

1. **Discovery**

As of December 16, 2025, the Parties have exchanged their initial Rule 26 disclosures. The Parties have also met to discuss discovery. The Parties plan to issue written discovery soon and anticipate the need for oral discovery after written discovery is completed The Parties currently anticipate that discovery will conclude before the close of discovery on March 30, 2026.

2. **Settlement**

The parties do not wish to participate in a settlement conference at this time.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | |
| /s/ Carson W. Fallo | /s/  Todd A. Miller |
| Carson W. Fallo | Todd A. Miller |
| Attorneys for the Plaintiffs | Kathleen M. Cahill |
| Baum Sigman Auerbach & Neuman, Ltd. | Attorneys for Defendant |
| 200 West Adams Street, Suite 1825 | Allocco, Miller & Cahill, P.C. |
| Chicago, IL  60606-5250 | 20 N. Wacker Drive, Suite 3517 |
| Bar No.: 6345253 | Chicago, IL  60606-3108 |
| Telephone: (312) 216-2550 | Bar No.:  6216561 |
| Facsimile: (312) 236-0241 | Bar No.:  6269486 |
| E-Mail: cfallo@baumsigman.com | Telephone:  (312) 288-8220 |
| | E-Mail:  tam@alloccomiller.com |
| | E-Mail:  kmc@alloccomiller.com |

## CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that on December 16, 2025, he electronically filed the foregoing document (Joint Status Report) with the Clerk of Court using the CM/ECF system, which will send notification of such to the following:

Todd A. Miller
Kathleen M. Cahill
Allocco, Miller and Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL   60606
tam@alloccomiller.com
kmc@alloccomiller.com

                /s/  Carson W. Fallo

Carson W. Fallo
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

I:\MIDJ\DuPage Overhead Door\2025\joint status report 12-16-25(revkc).docx