## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Iron Workers' Mid–America Pension Plan, et al.

Plaintiff,

v.

Case No.: 1:25–cv–11193<br>Honorable John J. Tharp Jr.

DuPage Overhead Garage Doors, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 16, 2025:

MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has reviewed the parties' joint status report [15]. The parties report that they have exchanged initial Rule 26 disclosures and met to discuss discovery. The parties advise that they plan to issue written discovery soon and anticipate the need for oral discovery after written discovery is completed. The parties indicate that they are not interested in participating in a settlement conference at this time. The parties are to file a further joint status report by 2/3/26 detailing their discovery progress and the prospects of settlement. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.