IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 25 C 11193 |
| DUPAGE OVERHEAD GARAGE DOORS, INC., an Illinois corporation, | ) ) ) | MAGISTRATE JUDGE DANIEL P. McLAUGHLIN |
| Defendant. | ) | |

## JOINT STATUS REPORT

NOW COME the Plaintiffs, IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, and Defendant, DUPAGE OVERHEAD GARAGE DOORS, INC., an Illinois corporation, by and through their attorneys, for their Joint Status Report, pursuant to this Court Order of December 16, 2025 [Dkt.16] state the following:

As of February 3, 2026, the Parties have exchanged their initial Rule 26 disclosures. The Parties have also met to discuss discovery. On January 12, 2026, Defendants issued a subpoena duces tecum to Legacy Professionals, LLC, who completed the audit of Defendant. Plaintiffs have spoken with Legacy and Legacy has indicated it is providing documents in response to Defendant's subpoena. On January 14, 2026, Defendant issued a set of interrogatories and requests for productions. Plaintiffs are currently working on its response to those requests.

Plaintiffs anticipate issued Requests to Admit and Requests to Produce no later than February 11, 2026. The Parties believe that an additional thirty (30) days will be necessary to complete discovery beyond the current discovery cut-off date of March 30, 2026, to allow sufficient time to review the subpoena and discovery responses and to engage in meaningful

discussions regarding potential settlement. The Parties have not discussed settlement at this time, but have indicated to each other that settlement is a possibility. The parties do not request a settlement conference.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Carson W. Fallo | /s/ Kathleen M. Cahill |
| Carson W. Fallo | Kathleen M. Cahill |
| Attorneys for the Plaintiffs | Todd A. Miller |
| Baum Sigman Auerbach & Neuman, Ltd. | Attorneys for Defendant |
| 200 West Adams Street, Suite 1825 | Allocco, Miller & Cahill, P.C. |
| Chicago, IL 60606-5250 | 20 N. Wacker Drive, Suite 3517 |
| Bar No.: 6345253 | Chicago, IL 60606-3108 |
| Telephone: (312) 216-2550 | Bar No.: 6216561 |
| Facsimile: (312) 236-0241 | Bar No.: 6269486 |
| E-Mail: cfallo@baumsigman.com | Telephone: (312) 288-8220 |
| | E-Mail: tam@alloccomiller.com |
| | E-Mail: kmc@alloccomiller.com |

I:\MIDJ\DuPage Overhead Door\2025\joint status report 2-3-26.cwf.msd.docx

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that on February 3, 2026, he electronically filed the foregoing document (Joint Status Report) with the Clerk of Court using the CM/ECF system, which will send notification of such to the following:

Todd A. Miller
Kathleen M. Cahill
Allocco, Miller and Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL   60606
tam@alloccomiller.com
kmc@alloccomiller.com

                                                                     /s/  Carson W. Fallo

Carson W. Fallo
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com
I:\MIDJ\DuPage Overhead Door\2025\joint status report 2-3-26.cwf.msd.docx