**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Iron Workers' Mid−America Pension Plan, et al.
                                          Plaintiff,

v.                                                                         Case No.: 1:25−cv−11193
                                                                                    Honorable John J. Tharp Jr.

DuPage Overhead Garage Doors, Inc.
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 4, 2026:

      MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has reviewed the parties' joint status report [18]. The parties report that written discovery is ongoing. The parties advise that a subpoena duces tecum as been issued to Legacy Professionals, LLC, the company that completed the audit of Defendant. Plaintiffs indicate that they have spoken with Legacy and Legacy has indicated it is providing documents in response to the subpoena. Per the parties' request, the Court extends the deadline for the completion of fact discovery to 4/30/26. The parties represent that the extension will allow sufficient time to review the subpoena and discovery responses and to engage in meaningful discussions regarding potential settlement. The Court encourages the parties to actively engage in settlement negotiations. The parties are to file a further joint status report by 3/4/26 detailing their discovery progress and the prospects of settlement. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.