IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 25 C 11193 |
| DUPAGE OVERHEAD GARAGE DOORS, INC., an Illinois corporation, | ) ) ) | MAGISTRATE JUDGE DANIEL P. McLAUGHLIN |
| Defendant. | ) | |

**JOINT STATUS REPORT**

NOW COME the Plaintiffs, IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, and Defendant, DUPAGE OVERHEAD GARAGE DOORS, INC., an Illinois corporation, by and through their attorneys, for their Joint Status Report, pursuant to this Court Order of February 4, 2026 [Dkt.19] state the following:

Plaintiff continues to work on its responses to Defendant's Interrogatories and Requests for Production. Plaintiffs will provide the requested documents and responses no later than March 13, 2026. The Parties respectfully request a 45-day extension on the Discovery cut off of April 30, 2026, to allow Defendant additional time to review Plaintiffs' discovery responses and determine which depositions are necessary to complete oral discovery.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Carson W. Fallo | /s/ Kathleen M. Cahill |
| Carson W. Fallo | Kathleen M. Cahill |
| Attorneys for the Plaintiffs | Todd A. Miller |
| Baum Sigman Auerbach & Neuman, Ltd. | Attorneys for Defendant |
| 200 West Adams Street, Suite 1825 | Allocco, Miller & Cahill, P.C. |
| Chicago, IL 60606-5250 | 20 N. Wacker Drive, Suite 3517 |
| Bar No.: 6345253 | Chicago, IL 60606-3108 |
| Telephone: (312) 216-2550 | Bar No.: 6216561 |
| Facsimile: (312) 236-0241 | Bar No.: 6269486 |
| E-Mail: cfallo@baumsigman.com | Telephone: (312) 288-8220 |
| | E-Mail: tam@alloccomiller.com |
| | E-Mail: kmc@alloccomiller.com |

I:\MIDJ\DuPage Overhead Door\2025\joint status report 3-4-26.cwf.msd.docx