## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Iron Workers' Mid−America Pension Plan, et al.

                            Plaintiff,

v.                                       Case No.: 1:25−cv−11193
                                       Honorable John J. Tharp Jr.

DuPage Overhead Garage Doors, Inc.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 4, 2026:

        MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has reviewed the parties' joint status report [20]. The parties report that Plaintiffs will produce documents and provide responses to written discovery by 3/13/26. The parties request a 45−day extension of the fact discovery cutoff to allow Defendant additional time to review Plaintiffs' discovery responses and determine which depositions are necessary to complete oral discovery. That request is granted. The deadline for the completion of fact discovery is hereby extended to 6/15/26. The parties are to file a further joint status report by 4/7/26 detailing their discovery progress and the prospects of settlement. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.