IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 25 C 11193 |
| DUPAGE OVERHEAD GARAGE DOORS, INC., an Illinois corporation, | ) ) ) | MAGISTRATE JUDGE DANIEL P. McLAUGHLIN |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

NOW COME the Plaintiffs, IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, and Defendant, DUPAGE OVERHEAD GARAGE DOORS, INC., an Illinois corporation, by and through their attorneys, for their Joint Status Report, pursuant to this Court Order of March 4, 2026 [Dkt. 21] state the following:

On March 25, 2026, Plaintiffs sent Defendant their responses to Defendant's First Set of Interrogatories and Requests for Production. Defendant is currently reviewing Plaintiffs' responses and productions. Defendant is also reviewing documents received in response to a third-party subpoena it issued.

The Parties have not engaged in settlement discussions at this time. The Parties do not request an extension to the discovery period at this time.

Respectfully submitted,

/s/ Carson W. Fallo
Carson W. Fallo
Attorney for the Plaintiffs
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

Respectfully submitted,

/s/  Kathleen M. Cahill
Kathleen M. Cahill
Todd A. Miller
Attorneys for Defendant
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL  60606-3108
Bar No.:  6216561
Bar No.:  6269486
Telephone:  (312) 288-8220
E-Mail:  tam@alloccomiller.com
E-Mail:  kmc@alloccomiller.com

I:\MIDJ\DuPage Overhead Door\2025\joint status report 4-7-26.revkc.docx

2