## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Iron Workers' Mid–America Pension Plan, et al.

Plaintiff,

v.                                                        Case No.: 1:25–cv–11193
                                                          Honorable John J. Tharp Jr.

DuPage Overhead Garage Doors, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 8, 2026:

     MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has reviewed the parties' joint status report [22]. The parties report that Plaintiffs recently sent responses to Defendant's written discovery requests. Defendant advises that it is currently reviewing Plaintiffs' responses and is also reviewing documents received in response to a third–party subpoena. The parties indicate that they have not engaged in settlement discussions. The parties are to file a further joint status report by 5/12/26 detailing their discovery progress and the prospects of settlement. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.