IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 25 C 11193 |
| DUPAGE OVERHEAD GARAGE DOORS, INC., an Illinois corporation, | ) ) ) | MAGISTRATE JUDGE DANIEL P. McLAUGHLIN |
| Defendant. | ) ) | |

**PLAINTIFFS' STATUS REPORT**

NOW COME the Plaintiffs, IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, and Defendant, by and through their attorneys, for their Plaintiffs' Status Report, pursuant to this Court Order of July 17, 2026 [Dkt. 32] state the following:

Settlement discussions are ongoing. On July 22, 2026, Plaintiffs made a counteroffer to Defendant. Defendant is currently reviewing Plaintiffs' offer. On July 29, 2026, at 8:43 a.m., Plaintiffs sent a copy of a Joint Status Report to opposing counsel via email for approval. Plaintiffs sent a second email requesting approval at 10:43 a.m.. Having received no response, Plaintiffs now files their own status report.

/s/ Carson W. Fallo

Carson W. Fallo
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL 60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com
I:\MIDJ\DuPage Overhead Door\2025\Plaintiffs' status report 7-28-26.cwf.docx

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that he caused a copy of the foregoing document (Plaintiff's Status Report) to be served upon the following counsel of record by electronic mail on or before the hour of 5:00 p.m. this July 29, 2026:

Todd A. Miller
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606-2806
tam@alloccomiller.com

/s/ Carson W. Fallo

Carson W. Fallo
Attorneys for Defendant
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-mail: cfallo@baumsigman.com

I:\MIDJ\DuPage Overhead Door\2025\Plaintiffs' status report 7-28-26.cwf.docx

2