IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al*., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 25 C 11193 |
| DUPAGE OVERHEAD GARAGE DOORS, INC., an Illinois corporation, | ) ) ) | MAGISTRATE JUDGE DANIEL P. McLAUGHLIN |
| Defendant. | ) | |

## JOINT STATUS REPORT

NOW COME the Plaintiffs, IRON WORKERS' MID-AMERICA PENSION PLAN, *et al*., and Defendant, DUPAGE OVERHEAD GARAGE DOORS, INC., an Illinois corporation, by and through their attorneys, for their Joint Status Report, pursuant to this Court Order of July 30, 2026 [Dkt. 35] state the following:

Settlement discussions are ongoing. On July 22, 2026, Plaintiffs made a counteroffer to Defendant. Defendant is currently reviewing Plaintiffs' offer.

Respectfully submitted,

/s/ Carson W. Fallo
Carson W. Fallo
Attorney for the Plaintiffs
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

Respectfully submitted,

/s/  Kathleen M. Cahill
Kathleen M. Cahill
Todd A. Miller
Attorneys for Defendant
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL  60606-3108
Bar No.:  6216561
Bar No.:  6269486
Telephone:  (312) 288-8220
E-Mail:  tam@alloccomiller.com
E-Mal:  kmc@alloccomiller.com