IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| vs. | ) | NO. 25 C 11193 |
| DUPAGE OVERHEAD GARAGE DOORS, INC., an Illinois corporation, | ) | MAGISTRATE JUDGE DANIEL P. McLAUGHLIN |
| Defendant. | ) | |

**PLAINTIFF STATUS REPORT**

NOW COME the Plaintiffs, IRON WORKERS' MID-AMERICA PENSION PLAN, *et al*., by and through their attorneys, for their Status Report, pursuant to this Court Order of August 21, 2026 [Dkt. 42] state the following:

Settlement discussions are ongoing. On August 13, 2026, Defendants made a counteroffer to Plaintiffs and provided some documents related to said offer. Plaintiffs are preparing a counteroffer.

Respectfully submitted,

/s/ Carson W. Fallo

Carson W. Fallo
Attorney for the Plaintiffs
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 1825
Chicago, IL 60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

I:\MIDJ\DuPage Overhead Door\2025\plaintiffs status report 9-3-26.cwf.jjg.docx

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that he caused a copy of the foregoing document (Plaintiff's Status Report) to be served upon the following counsel of record by electronic mail on or before the hour of 5:00 p.m. this September 3, 2026:

Todd A. Miller
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606-2806
tam@alloccomiller.com

Kathleen M. Cahill
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606-2806
kmc@alloccomiller.com

/s/ Carson W. Fallo

Carson W. Fallo
Attorneys for Defendant
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL 60606-5250
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-mail: cfallo@baumsigman.com
I:\MIDJ\DuPage Overhead Door\2025\plaintiffs status report 9-3-26.cwf.jjg.docx