IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| vs. | ) | NO. 25 C 11193 |
| DUPAGE OVERHEAD GARAGE DOORS, INC., an Illinois corporation, | ) | MAGISTRATE JUDGE DANIEL P. McLAUGHLIN |
| Defendant. | ) | |

**JOINT STATUS REPORT**

NOW COME the Plaintiffs, IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, and Defendant, DUPAGE OVERHEAD GARAGE DOORS, INC., an Illinois corporation, by and through their attorneys, for their Joint Status Report, pursuant to this Court Order of September 17, 2026 [Dkt. 46] state the following:

Settlement discussions are ongoing. Plaintiffs sent Defendant a counteroffer. The Parties consent to a settlement conference before the Magistrate Judge.

Respectfully submitted,

/s/ Carson W. Fallo
Carson W. Fallo
Attorney for the Plaintiffs
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 1825
Chicago, IL 60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

Respectfully submitted,

/s/ Kathleen M. Cahill
Kathleen M. Cahill
Todd A. Miller
Attorneys for Defendant
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606-3108
Bar No.: 6216561
Bar No.: 6269486
Telephone: (312) 288-8220
E-Maill: kmc@alloccomiller.com

I:\MIDJ\DuPage Overhead Door\2025\joint status report 10-8-26.cwf.docx