**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Iron Workers' Mid−America Pension Plan, et al.
Plaintiff,
v.
Case No.: 1:25−cv−11193
Honorable John J. Tharp Jr.
DuPage Overhead Garage Doors, Inc.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 9, 2026:

MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has reviewed the parties' joint status report [47]. The parties report that settlement discussions are ongoing and Plaintiffs sent Defendant a counteroffer. The parties state that they "consent to a settlement conference before the Magistrate Judge." The Court directs counsel for the parties to meet regarding settlement via videoconferencing. After this meeting, the parties are to file a joint status report by 10/14/26 confirming that the parties remain interested in participating in a settlement conference and have reason to believe a settlement conference will lead to a resolution of this matter. If these requirements are met, the parties should also specify whether they would like the settlement conference to be conducted remotely or in−person. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.