**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Iron Workers' Mid−America Pension Plan, et al.
Plaintiff,
v.
Case No.: 1:25−cv−11193
Honorable John J. Tharp Jr.
DuPage Overhead Garage Doors, Inc.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 27, 2026:

MINUTE entry before the Honorable Daniel P. McLaughlin: Remote settlement conference is set for 12/17/26 at 12:30 p.m. on the Webex platform. Participants are expected to be on video. Participants may join the conference by utilizing the link: https://us−courts.webex.com/meet/daniel_p_mclaughl in Plaintiffs are to submit a settlement statement to Defendant no later than 12/3/26, and Defendant must respond with a settlement statement by 12/10/26. The settlement statements must comply with Judge McLaughlin's Standing Order for Settlement Conferences, and counsel are directed to review the Standing Order with their clients. On the same day the settlement statements are sent to opposing counsel, the parties are to electronically submit them to the Court at Settlement_Correspondence_McLaughlin@ilnd.usc ourts.gov. Counsel must provide a copy of the opposing party's settlement statement to their clients at least 5 days in advance of the settlement conference. The Court will conduct ex parte telephone calls with counsel on 12/16/26 in advance of the settlement conference. The call with Plaintiffs' counsel will take place at 1:00 p.m. and the call with Defendant's counsel will take place at 1:30 p.m. When the parties submit their respective settlement statements, they are to include direct telephone numbers where they can be reached for the ex parte calls. The fact that the settlement conference has been scheduled does not mean that the parties should stop engaging in settlement discussions amongst themselves. The Court expects that the parties will have multiple discussions about settlement between now and the date of the conference. If the parties reach a settlement prior to the settlement conference, they shall promptly notify the Court. Though the settlement conference will proceed remotely, all parties and decisionmakers must have a stable internet connection, must be in a place where they can participate without distraction, and video must be on for all participants. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.